# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR369 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MILTON HERNANDEZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motions for reconsideration (Filing No. 134) and for copies (Filing No. 137).

On March 21, 2012, the Court denied the Defendant's motion for a reduction in sentence under 18 U.S.C. § 3582(c)(2). The motion for reconsideration followed, and it is denied.

The Defendant's motion for a copy of his docket report is granted.

IT IS ORDERED:

1. The Defendant's motions for reconsideration (Filing No. 134) is denied;

2. The Defendant's motion for copies (Filing No. 137) is granted, and the Clerk is directed to mail the Defendant a copy of his CM/ECF docket report; and

3. The Clerk is directed to mail the Defendant a copy of this Order.

DATED this 25th day of May, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge